IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    **Plaintiff**<br><br>    **v.**<br><br>**OMAYRA MANZANO-ROSARIO (11)**<br>    **Defendant** | **Criminal No. 06-151 (ADC)** |

### ORDER

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Camille L. Vélez-Rivé on September 1, 2006. (**Docket No. 190**.) In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Omayra Manzano-Rosario** be adjudged guilty of the offenses charged in Count I (18 U.S.C. § 1956) inasmuch as, her plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report on September 1, 2006. **The sentencing hearing is set for December 7, 2006 at 11:00 a.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 27th day of September, 2006.

S/**AIDA M. DELGADO-COLON**
**United States District Judge**